Appeal/Brief (1)

Mchael Feldman
15 Quail Road
Mastic Beach, NY 11951
631-729-6070
tigerblues@hotmail.com

case cv25 5904 and cv 25 2872 choudhury

November 13, 2025
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

Subject: Appeal and Renewed Request for Temporary Injunction and Restraining Order & new briefing, whats happening now ? Current situation, Darpa unlawful surveilance, with artificial intelligence,

domestic situation, no national security, no warrants Darpa microsystems employees anna tauke pedretti and wendy smith have my home,cars and michael feldman under unlawful surveilance with weaponization of surveilance with microwave weapons designed in their office, located at 675 n randolph st, arlington va 22203. (Darpa microsystems, REFUSES to remove A.I.) From michael feldmans house and home, harrassment over 4 years.

I, am being abused and injured with darpa electronic warfare, with microwaves, some sources have called it "voice of god weapons" darpa calls it electronic warfare weapon systems. a. unlawful surveialnce b. microwave radation causing irreeparable harm c. darpa weaponization of surveilance is being used to torture its victims, vilolating posse comitus.

Mr. Feldman, believes, and states, darpa has violated posse comitus, this law is for protecting american citzens from being attacked with military direct energy weapons, michael states, darpa is burning his skin, daily with microwaves, causing 1st degree burns, nov 12, 2025 michael feldman received burns of 1st degree on his stomach, repeated attacks by darpa microsystems weapon systems. Michael Feldman, is being stalked by darpa associated group members, darpa has michael feldman under unlawful surveilance, he is suffering from radiation poisoning and havana syndrome.

The unlawful surveilance, microwave attacks and burns to face, eyes chest, injuries to michael's legs by electromagnetic energy darpa antenna delivered weapons is unbearable. This causing unimaginable pain and suffering. Darpa microsystems spyied inside stonybrook hospital, and caused the death of my wife, by spying and texting to medical personel in charge of her treatment for aml leukemia. (july 3-july 20 2024) Darpa microsystems has placed a previous employee of the dept of defense, across the street from michaels house, 14 quail road, mastic beach ny 11951. He has been harrassing Mr. feldman, with his vehicles and other group members of darpa.

MR. FELDMAN, seeks a temporary restraing order or temporary injunction against darpa microsystems office, for unlawful surveialnce, with microwaves, causing him to suffer everyday from darpa direct energy weapons attacks, causing irreparable harm.

Petitioner-Appellant Michael Feldman respectfully submits this brief in support of his emergency motion for a temporary injunction and restraining order pursuant to Federal Rule of Civil Procedure 65 and applicable constitutional protections. This appeal arises from the District Court's denial of injunctive relief despite credible evidence of unlawful surveillance, technological interference, and violations of the Fourth, First, and Fourteenth Amendments. The petitioner seeks immediate judicial intervention to prevent further irreparable harm and to preserve the integrity of his

(2)

constitutional rights pending full adjudication, 4th amendment, 8th amendment & 14th.



What is happening now is unconstitutional and dangerous. DARPA Microsystems has transmitted and embedded artificial intelligence into my home from their office located at 675 N Randolph Street, Arlington, VA 22203. This is not passive surveillance—it is an active, computerized artificial intelligence system that functions as a microwave weapon.

DARPA is eavesdropping on my private conversations and monitoring my behavior using this AI system. It operates without my consent, without a warrant, and without judicial oversight. This constitutes a direct violation of my Fourth Amendment rights against unlawful search and seizure, and my First Amendment protections from chilling of speech and association.

The technology being used is invasive, harmful, and unconstitutional. I have submitted audio recordings, sworn affidavits, photos of burns on michaels body, and chain-of-custody documentation to support these claims. I am prepared to testify under oath and provide further evidence. I respectfully request immediate judicial intervention to stop these violations and protect my family from further harm from darpa microsystems, intrusive unlawful surveilance. I seek immeadiate, restraining order against darpa microsystems bodily attacks, and harrassment, coming from darpa employees wensy smith, and anna tauke pedretti and others, these are military extremists working for a federal agency. Darpa Microsystems has involved michael feldman, and his family into a darpa scam involving severe harrassment causing pain & suffering and loss of life, michaels wife wrongful death due to darpa spying & text messages.

Sincerely, Michael Feldman

[signature]

Brief

**Pro Se Certificate of Compliance with**

**Word or Page Limits Adapted from Federal Rules of Appellate Procedure Form 6**

A document filed with the Court must not be longer than the Federal Rules of Appellate Procedure or the Court's Local Rules permit. Check the box for the document you are filing and state the number of words or pages.

☑ **Brief** contains ________ words. [14,000 word limit - LR 32.1(a)(4)(A)], or
**Brief** contains __2__ pages. [30 page limit - FRAP 32(a)(7)(A)]

Done Letter

2025 NOV 18 PM 3:06

☑ **Reply Brief** contains ________ words. [7,000 word limit - LR 32.1(a) (4)(B)], or
**Reply Brief** contains __2__ pages. [30 page limit - FRAP 32(a)(7)(A)]

☐ **Writ of Mandamus/Prohibition** contains ________ words. [7,800 word limit - FRAP 21(d)(1)], or ?
**Writ of Mandamus/prohibition** contains ________ pages. [30 page limit - FRAP 21(d)(2)]

☐ **Motion** or **Response to the Motion** contains ________ words. [5,200 word limit - FRAP 27(d)(2)(A)], or
**Motion** or **Response to the Motion** contains ________ pages. [20 page limit - FRAP 27(d)(2)(B)]

☐ **Reply to the Motion** contains ________ words. [2,600 word limit - FRAP 27(d)(2)(C)], or
**Reply to the Motion** contains ________ pages. [10 page limit - FRAP 27(d)(2)(D)]

☐ **Petition for Panel or En Banc Hearing** contains ________ words. [3,900 word limit - FRAP 35(b)(2)(A)], or
**Petition for Panel or En Banc Hearing** contains ________ pages. [15 page limit - FRAP 35(b)(2)(B]

☐ **Petition for Panel Rehearing** contains ________ words. [3,900 word limit - FRAP 40 (b)(1)], or
**Petition for Panel Rehearing** contains ________ pages. [15 page limit - FRAP 40 (b)(2)]

☑ Violations of Law Darpa Microsystem Has violated, against Platiff M. Feldman
4 pages - 500 -1000 words
?

①

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

PLANTIF
Michael Feldman

Defendants
Darpa microsystems, whitney mason
wendy Smith, Anna taylre Pedretti,
michael Gehressen, Stephen Windchill

**CERTIFICATE OF SERVICE***

Docket Number: 2:25 CV 5904 25-2872

I, Michael Feldman, hereby certify under penalty of perjury that
(print name)

on 10/23/25 and 10/24/2025, I served a copy of Lawsuit Against Darpa microsystems
(date)

was mailed AND served By undisputed Legal INC Brian Ricks
By michael Feldman
(list all documents)

by (select all applicable)**

✓ Personal Delivery Served

✓ United States Mail By michael Feldman

___ Federal Express or other Overnight Courier

___ Commercial Carrier

___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| WENDY SMITH | 675 N. RANDOLPH Street | Arlington | VA | 22203 |
| ANNA Taylre Pedretti | 675 N Randolph St | Arlington | VA | 22203 |
| whitney mason | 675 N. Randolph ST | Arlington | VA | 22203 |
| Michael Gehressen | 675 N Randolph ST | Arlington | VA | 22203 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Nov 12 2025
Today's Date

[signature] XXXX
Signature

Certificate of Service Form (Last Revised 12/2015)

(2)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION: Plantif

Michael Feldman

Defendants

vs

Darpa microsystems
wendy smith anna tauke Pedretti
whitney mason, michael Gehressen
stephen windchill

**CERTIFICATE OF SERVICE*** 25 CV 5904

Docket Number: 25 2872

I, Michael Feldman, hereby certify under penalty of perjury that Darpa
(print name)
on 10.23.25 and 10-24/25, I served a copy of LAWSUIT AGAINST Microsystems
(date)
was mailed by Michael Feldman And Served of undisputed legal
(list all documents)

by (select all applicable)**

✓ Personal Delivery ✓ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier ___ E-Mail (on consent)

on the following parties:

stephen Windchill 675 N Randolph ST Arlington VA 22203
Name Address City State Zip Code

united states Attorney 2100 Jamieson Ave Alexandria Ave, Alexandria VA 22314 (Dist/Attorney)
Name Address City State Zip Code

DARPA microsystem (the office) 675 N. Randolph st Arlington VA 22203
Name Address City State Zip Code

Name Address City State Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Nov 12 2025
Today's Date

[signature]
Signature

Certificate of Service Form (Last Revised 12/2015)